UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE FEDERAL SAVINGS BANK,

                Plaintiff,

-against-                            24 **CIVIL** 3658 (JPO)

**JUDGMENT**

TSYNGAUZ & ASSOCIATES, P.C.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 27, 2025, Defendant's motion to dismiss is GRANTED. Judgment of dismissal of the complaint is entered with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      January 27, 2025

                                      **TAMMI M. HELLWIG**

                                      **Clerk of Court**

                **BY:**    *K. Mango*

                                      **Deputy Clerk**